[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15412
_____

D.C. Docket No. 4:13-cv-00131-WS-CAS

GRANT HARRISON,
NANCY NEMHAUSER,

Plaintiffs-Appellants,

versus

BARBARA PALMER,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(October 20, 2015)

Before TJOFLAT and HULL, Circuit Judges, and HALL,[*] District Judge.

PER CURIAM:

After review of the record and with the benefit of oral argument by counsel for the parties, this Court finds no reversible error in the district court's November 5, 2014 order (1) granting defendant Barbara Palmer's motion for summary judgment with respect to plaintiffs Grant Harrison and Nancy Nemhauser's claims against defendant Palmer, in her official capacity as Director of the Florida Agency for Persons with Disabilities, under 42 U.S.C. § 1983, seeking declaratory and injunctive relief for violations of Harrison and Nemhauser's procedural due process rights, and (2) denying plaintiffs Harrison and Nemhauser's motion for summary judgment with respect to these claims.  Accordingly, we affirm the district court's final judgment in favor of defendant Palmer on plaintiffs' claims.

**AFFIRMED.**

---

[*]Honorable J. Randal Hall, United States District Judge for the Southern District of Georgia, sitting by designation.